**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL RIVERA,<br><br>         Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2004, ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2004 WHQ2, BARCLAYS CAPITAL REAL ESTATE d/b/a HOMEQ SERVICING CORPORATION, OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, ARGENT MORTGAGE COMPANY, LLC, THE HOME LOAN GROUP, and DOES 1–100, Inclusive.<br><br>         Defendants. | No. C 10-01050 WHA<br><br>**ORDER TO SHOW CAUSE** |

Defendants Wells Fargo Bank, N.A., as trustee under pooling and servicing agreement dated as of November 1, 2004, asset-backed pass-through certificates series 2004 WHQ2, and Barclays Capital Real Estate d/b/a Homeq Servicing Corporation, filed a motion to dismiss plaintiff's complaint. The motion is scheduled to be heard on April 29, 2010. Pursuant to Civil Local Rule 7-3, any brief in opposition to the motion was due on April 8, 2010, but no such opposition has been received. Plaintiff is **ORDERED** to respond by **NOON ON WEDNESDAY, APRIL 14, 2010**, and show cause for its failure to respond to the motion in accordance with Civil Local Rule 7-3(a) or alternately to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to

file a late opposition. The hearing on defendant's motion to remand is **VACATED**. A new hearing shall be noticed by the Court if necessary.

**IT IS SO ORDERED.**

Dated: April 13, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2