IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL RIVERA, | No. C 10-01050 WHA |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| WELLS FARGO BANK, N.A., AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2004, ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2004 WHQ2, BARCLAYS CAPITAL REAL ESTATE d/b/a HOMEQ SERVICING CORPORATION, OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, ARGENT MORTGAGE COMPANY, LLC, THE HOME LOAN GROUP, and DOES 1–100, Inclusive. | |
| Defendants. / | |

Defendants Wells Fargo Bank, N.A., as trustee under pooling and servicing agreement dated as of November 1, 2004, asset-backed pass-through certificates series 2004 WHQ2, and Barclays Capital Real Estate d/b/a Homeq Servicing Corporation, filed a motion to dismiss plaintiff's complaint. Pursuant to Civil Local Rule 7-3, any brief in opposition to the motion was due on April 8, 2010, but no such opposition has been received. Plaintiff was ordered to respond by April 14, 2010, and show cause for his failure to respond to the motion in accordance with Civil Local Rule 7-3(a) or alternately to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). Yet again, the deadline has passed and plaintiff has not provided a response.

As described, plaintiff has repeatedly failed to respond in a timely fashion. Due to plaintiff's failure to prosecute, this action will be **DISMISSED WITHOUT LEAVE TO AMEND**. Judgment shall be entered.

**IT IS SO ORDERED.**

Dated: April 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2