1
2
3
4

IN THE UNITED STATES DISTRICT COURT

5
6

FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
8
9

NOEL RIVERA,                                          No. C 10-01050 WHA

10              Plaintiff,

11     v.                                              **JUDGMENT**

12   WELLS FARGO BANK, N.A., AS TRUSTEE
     UNDER POOLING AND SERVICING
13   AGREEMENT DATED AS OF NOVEMBER
     1, 2004, ASSET-BACKED PASS-THROUGH
14   CERTIFICATES SERIES 2004 WHQ2,
     BARCLAYS CAPITAL REAL ESTATE d/b/a
15   HOMEQ SERVICING CORPORATION,
     OLD REPUBLIC DEFAULT
16   MANAGEMENT SERVICES, ARGENT
     MORTGAGE COMPANY, LLC, THE HOME
17   LOAN GROUP, and DOES 1–100, Inclusive.

18              Defendants.

19   _____/

20          For the reasons stated in the accompanying order dismissing this action, **FINAL**

21   **JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff. The Clerk **SHALL**

22   **CLOSE THE FILE**.

23

24          **IT IS SO ORDERED.**

25

26   Dated:  April 19, 2010.                   _____
27                                             WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE
28

United States District Court
For the Northern District of California